STATE v. STOKES

No. 248

Case below: 1 N.C. App. 245.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 23 August 1968. Case set with appeals from the 8th, 24th and 25th Districts.

UNDERWOOD v. HOWLAND, COMR. OF MOTOR VEHICLES

No. 357

Case below: 1 N.C. App. 560.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 23 August 1968. Case set with appeals from the 8th, 24th and 25th Districts.

WOODY v. CLAYTON

No. 439

Case below: 1 N.C. App. 520.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 August 1968.